IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CHRISTOPHER LEWIS BARROW, # 240955, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CASE NO. 2:17-CV-362-WKW [WO] |
| BRIAN MCCLENDON and DOUG JOHNSON, | ) ) ) | |
| Defendants. | ) | |

## **ORDER**

On June 18, 2018, the Magistrate Judge filed a Recommendation to which no timely objections have been made. (Doc. # 24.) Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED that the Recommendation (Doc. # 24) is ADOPTED and that this case is DISMISSED without prejudice for Plaintiff's failure to prosecute this action and to comply with the orders of this court.

Final judgment will be entered separately.

DONE this 10th day of July, 2018.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE